United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. WASHINGTON,

    Petitioner,

    v.

LYNCH,

    Respondent.

Case No. 19-06107 BLF (PR)

**JUDGMENT**

For the reasons stated in the order of dismissal, this case is dismissed without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 23, 2020

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.19\06107Washington_judgment